A TRUE COPY
TESTE [signature] CLERK
CIRCUIT COURT KANAWHA COUNTY, W.VA.

CASE  17-C-181          KANAWHA                              PAGE    1

CATHY MOSS              vs. STATE FARM BANK

LINE  DATE     ACTION

1  02/06/17  # CASE INFO SHEET; COMPLAINT W/ATTACH; ISSUED SUM & 2 CPYS;
2            # F FEE; RCPT 547921; $200.00; NOT OF VIDEO DEPO; COS AS TO SUM,
3            # C, P'S 1ST INTERROG'S & REQ FOR PROD & NOT OF VIDEO DEPO
4  02/10/17  # LET FR SS DTD 2/7/17; SUM W/RET ON C & DISCOV (2/7/17 SS)
5            # AS TO STATE FARM BANK
6  02/21/17  # E-CERT FR SS AS TO STATE FARM BANK DTD 2/13/17