IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CATHY MOSS,

    Plaintiff,

Vs.                                Civil Action No.  2:17-cv-01775
*(Civil Action No.  17-C-181,
Circuit Court of Kanawha County)*

STATE FARM BANK, F.S.B.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

    Comes now the plaintiff, Cathy Moss, by counsel, Benjamin M. Sheridan, and the defendant, State Farm Bank, F.S.B., by counsel, K. Brian Adkins, and respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

    1.    Plaintiff has reached an agreement with Defendant to resolve all claims against said Defendant.

    2.    The parties are in the process of finalizing a settlement agreement and will be submitting an Agreed Dismissal Order to this honorable Court in the very near future, but no more than thirty (30) days from the date of this Joint Notice.

    *Dated this 18th day of October, 2017.*

| | |
|---|---|
| /s/  K. Brian Adkins | /s/  Benjamin M. Sheridan |
| Charles S. Piccirillo  (WVSB #2902) | Benjamin M. Sheridan  (WVSB #11296) |
| K. Brian Adkins  (WVSB #9621) | Klein & Sheridan, LC |
| SHAFFER & SHAFFER, PLLC | 3566 Teays Valley Road |
| 330 State Street | Hurricane, West Virginia  25526 |
| P.O. Box 38 | *Counsel for Plaintiff* |
| Madison, West Virginia 25130 | |
| Telephone:  (304) 369-0511 | |
| *Counsel for Defendant, State Farm Bank, F.S.B.* | |