IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CATHY MOSS,
    Plaintiff,

vs.                                                Case No. 17-cv-01775

STATE FARM BANK, F.S.B.,
    Defendant.

### AGREED DISMISSAL ORDER

The parties have advised the Court that the above-styled civil action between Plaintiff **Cathy Moss** and Defendant **State Farm Bank, F.S.B.** has been compromised and settled and jointly move this Court to dismiss this action and all claims asserted therein by Plaintiff against the above Defendant **WITH PREJUDICE**, with each party bearing their or its own costs and attorney's fees.

Therefore, it is **ORDERED** that the above captioned civil action and all claims stated therein are hereby, **DISMISSED WITH PREJUDICE**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 8, 2017

_____
John T. Copenhaver, Jr.
United States District Court Judge

Prepared by:

/s/Benjamin M. Sheridan
Benjamin M. Sheridan (#11296)
**Counsel for Plaintiff**
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Phone: 304-562-7111
Fax: 304-562-7115


Agreed to by:


/s/ K. Brian Adkins
K. Brian Adkins (#9621)
**Counsel for Defendant**
Shaffer & Shaffer, PLLC
PO Box 38
330 State Street
Madison, WV 25130
Phone: 304-369-0511
Fax: 304-369-5431